1  **ROBERT ISHIKAWA - 90621**
   5713 N. West Avenue, # 101
2  Fresno, California 93711
   Telephone: (559) 432-9610
3
   Attorney for ANA NAJARRO
4

5

6                 **IN THE UNITED STATES DISTRICT COURT FOR THE**

7                       **EASTERN DISTRICT OF CALIFORNIA**

8

9  ANA NAJARRO,                          )    1:07-CV-01123 AWI GSA
                                         )
                   Plaintiff,            )
10                                       )    STIPULATION AND ORDER TO
                   v.                    )    EXTEND TIME
11                                       )
   MICHAEL J. ASTRUE,                    )
12 Commissioner of Social Security,      )
                                         )
13                 Defendant.            )
   _____)
14
          Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due
15
   March 21, 2008, and is therefore requesting until April 21, 2008 to file her opening brief.
16

17
   Dated: March __20_, 2008           /S/ THOMAS V. MILES for
18                                     _____
                                       ROBERT ISHIKAWA
19                                     Attorney for Plaintiff, ANA NAJARRO

20 Dated: March __21_, 2008           /S/ PETER THOMPSON
                                       _____
21                                     PETER THOMPSON
                                       Assistant Regional Counsel
22

23       IT IS SO ORDERED.

24    **Dated:   March 24, 2008**              /s/ **Gary S. Austin**
                                       _____
25                                     UNITED STATES MAGISTRATE JUDGE

26

27

28

                                          1