1  **ROBERT ISHIKAWA - 90621**
5713 N. West Avenue, # 101
2  Fresno, California 93711
Telephone: (559) 432-9610
3
Attorney for ANA NAJARRO
4

5

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA NAJARRO, | 1:07-CV-01123 AWI GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due April 21, 2008, and is therefore requesting until May 21, 2008 to file her opening brief.

Dated: May __21__, 2008        /S/ THOMAS V. MILES for
                               _____
                               ROBERT ISHIKAWA
                               Attorney for Plaintiff, ANA NAJARRO

Dated: May __21__, 2008        /S/ PETER THOMPSON
                               _____
                               PETER THOMPSON
                               Assistant Regional Counsel

IT IS SO ORDERED.

   Dated:   **April 22, 2008**           **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

1