IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANA NAJARRO, | ) | 1:07-cv-01123 AWI GSA |
|        Plaintiff, | ) ) | ORDER GRANTING FINAL EXTENSION OF TIME |
| vs. | ) ) ) | (Document 18) |
| MICHAEL J. ASTRUE, Commissioner, | ) ) | |
|        Defendant. | ) ) | |

On May 21, 2008, the parties filed a stipulation and proposed order to extend time for filing Plaintiff's opening brief to June 4, 2008. The parties' request is GRANTED.

This is Plaintiff's third request for an extension of time to file her opening brief. **Further requests will not be granted absent a showing of good cause.**

IT IS SO ORDERED.

Dated: **May 22, 2008**          /s/ **Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

1