McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ANA NAJARRO, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br>     Defendant. ) <br> ) | Case No. 1:07-CV-01123 AWI GSA <br><br> **STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and** <br><br> **REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

    The ALJ is directed to offer claimant an opportunity for a new hearing and to present new evidence at a new hearing. The ALJ is directed to evaluate Dr. Jonathan Weins' opinion regarding the claimant's functional limitations, and explain what weight he is affording that opinion. The ALJ shall reevaluate the claimant's credibility and RFC. The ALJ shall obtain evidence from a vocational expert to determine whether claimant can perform her past work

and/or a significant number of other jobs given her RFC.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 18, 2008　　　　　　　　　　/s/ *Robert Ishikawa*
　　　　　　　　　　　　　　　　　　　(As authorized via telephone)
　　　　　　　　　　　　　　　　　　　ROBERT ISHIKAWA
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: July 21, 2008　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　LUCILLE GONZALES MEIS
　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　　　　/s/ *Shea Lita Bond*
　　　　　　　　　　　　　　　　　　　SHEA LITA BOND
　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   July 22, 2008**　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE